IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-CV-00211-EWN-MJW**

CONSUMER CRUSADE, INC.,

Plaintiff(s),

v.

JD&T ENTERPRISES, INC.,

Defendant(s).

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendants' Motion for Sanctions or in the Alternative to Compel Discovery (docket no. 39) is GRANTED IN PART AND DENIED IN PART.  This motion is GRANTED insofar as the Plaintiff shall provide the subject documents of this motion to the Defendants.  The Defendants shall pay a reasonable copying charge per page for these documents.  The cost per page is set by this court at 5 cents.  The parties shall make the exchange of the subject documents and copying cost check within 10 days from the date of this order.  The remainder of this motion is DENIED.  Each party shall pay their own attorney fees and costs for this motion.

Date:  June 23, 2005