IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-cv-00211-EWN-MJW**

CONSUMER CRUSADE, INC.,

Plaintiff(s),

v.

JD&T ENTERPRISES, INC.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiff's Motion to Extend Discovery and Dispositive Motions Deadlines [sic](docket no. 68) is GRANTED as follows.  The deadline to complete discovery is extended to November 4, 2005, finding good cause shown.  The deadline to file dispositive motion is extended to November 30, 2005.  The parties are to meet and confer forthwith and set the depositions of Jeanette Bunn and Diane Sharp prior to November 4, 2005.  The Rule 16 Scheduling Order is amended consistent with this Order.

It is FURTHER ORDERED that Plaintiff's Motion to Compel (docket no. 64) is now MOOT and therefore DENIED.  See ruling on docket no. 68 above.

Date:  October 11, 2005